# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
        **Plaintiff,**

  v.                                                            Case No. 05-CR-286

**CYNTHIA M. BUSTAMONTE**
        **Defendant.**

## ORDER

Defendant Cynthia Bustamonte requests expungement of her conviction. The court lacks authority to grant such relief. United States v. Wahi, 850 F.3d 296 (7th Cir. 2017).

**THEREFORE, IT IS ORDERED** that defendant's request (R. 59) is dismissed.

Dated at Milwaukee, Wisconsin, this 19th day of March, 2018.

                                  /s Lynn Adelman
                                  LYNN ADELMAN
                                  District Judge